**From:** Cubbage, Amy (Gov Office) <amy.cubbage@ky.gov>
**Sent:** Thursday, November 19, 2020 3:05:13 PM
**To:** Dunn, Barry (KYOAG) <Barry.Dunn@ky.gov>
**Subject:** RE: Gov. Beshear Implements New Restrictions to Save Lives

Barry,

The order concerning schools applies to all public and private schools engaged in primary or secondary education (K-12), regardless of whether they are religiously affiliated. The order does not apply to other forms of instruction or places of worship. Accordingly, a place of worship that provides religious instruction as part of its services – for example, Sunday School or bible study – may do so.

I hope this answers your question.

Thanks,

--Amy

---

**From:** Dunn, Barry (KYOAG) <Barry.Dunn@ky.gov>
**Sent:** Thursday, November 19, 2020 6:55 AM
**To:** Cubbage, Amy (Gov Office) <amy.cubbage@ky.gov>
**Subject:** Re: Gov. Beshear Implements New Restrictions to Save Lives

Amy,

We have been asked whether the school order applies to religiously affiliated schools. While the order appears to contemplate all schools, there is a carve out for houses of worship in a separate order issued today. Could you advise whether the Governor's order intends to capture religiously affiliated schools?

Thanks,

Barry L. Dunn
Deputy Attorney General

---