# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION AT FRANKFORT
*Electronically Filed*

| | |
|---|---|
| **DANVILLE CHRISTIAN ACADEMY, INC., et. al.**: | Case No. 3:20-CV-00075-GFVT |
| Plaintiffs : | |
| v. : | |
| **ANDREW BESHEAR**, *in his official capacity as Governor* : | |
| : | |
| Defendant | |

**EMERGENCY MOTION FOR TEMPOARY RESTRAINING ORDER, AND PRELIMINARY INJUNCTION, BY INTERVENING PLAINTIFFS PLEASANT VIEW BAPTIST CHURCH, PLEASANT VIEW BAPTIST SCHOOL, DALE MASSENGALE, VERITAS CHRISTIAN ACADEMY, HIGHLANDS LATIN SCHOOL, MARYVILLE BAPTIST CHURCH, MICAH CHRISTIAN SCHOOL, JACK ROBERTS, FAITH BAPTIST CHURCH, FAITH BAPTIST ACADEMY, TOM OTTO, WESLEY DETERS AND MITCH DETERS, ON BEHALF OF THEMSELVES AND THEIR MINOR CHILDREN MD, WD, and SD, CENTRAL BAPTIST CHURCH, CENTRAL BAPTIST ACADEMY, CORNERSTONE CHRISTIAN SCHOOL, JOHN MILLER, ON BEHALF OF HIMSELF AND HIS MINOR CHILDREN BM, EM, AND HM**

Pleasant View Baptist Church, Pleasant View Baptist School, Pastor Dale Massengale, Veritas Christian Academy, Maryville Baptist Church, MICAH Christian School, Pastor Jack Roberts, Mayfield Creek Baptist Church, Mayfield Creek Christian School, Pastor Terry Norris, Faith Baptist Church, Faith Baptist Academy, Pastor Tom Otto, Wesley Deters, Mitch Deters, on behalf of themselves and their minor children, MD, WD, and SD, Central Baptist Church, Central Baptist Academy, Pastor Mark Eaton, Cornerstone Christian Church, Cornerstone Christian School, John Miller, on behalf of himself and his minor children BM, EM, and HM (collectively the "Intervening Plaintiffs")[1] seek an order granting them a temporary restraining

---

[1] Because well settled, and recent, case law makes this Motion and relief sought exceedingly straightforward, this Motion deals with only the Governor's restrictions on shutting down in person religious school classes. We will file a separate motion for a restraining order and

order and/or preliminary injunction.  A Memorandum in Support is attached hereto.  A proposed order is attached.

                                           Respectfully submitted,

/s/ Christopher Wiest_____
Christopher Wiest (KBA 90725)
Chris Wiest, Atty at Law, PLLC
25 Town Center Blvd, Suite 104
Crestview Hills, KY 41017
859/486-6850 (v)
513/257-1895 (c)
859/495-0803 (f)
chris@cwiestlaw.com

/s/Thomas Bruns_____
Thomas Bruns (KBA 84985)
4750 Ashwood Drive, STE 200
Cincinnati, OH 45241
tbruns@bcvalaw.com
513-312-9890

/s/Robert A. Winter, Jr. _____
Robert A. Winter, Jr. (KBA #78230)
P.O. Box 175883
Fort Mitchell, KY 41017-5883
(859) 250-3337
robertawinterjr@gmail.com

**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I certify that I have served a copy upon all Counsel of Record by serving same in the Court's CM/ECF System this 22 day of November, 2020.

                                           /s/ Christopher Wiest_____

---

preliminary injunction relating to his ban on groups (and single families) of more than 8 gathering in private residences.