**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT FRANKFORT**
*Electronically Filed*

| | |
|---|---|
| **DANVILLE CHRISTIAN ACADEMY, INC., et. al.**: | Case No. 3:20-CV-00075-GFVT |
| Plaintiffs : | |
| v. : | |
| **ANDREW BESHEAR**, *in his official capacity as Governor* : | |
| : | |
| Defendant | |

**ORDER GRANTING TEMPORARY RESTRAINING ORDER BY INTERVENING PLAINTIFFS AS TO PRIVATE RELIGIOUS SCHOOL CLOSURES**

The Court, being fully apprised, and for the reasons set forth in the Intervening Plaintiffs' Motion for Restraining Order, GRANTS the Temporary Restraining Order motion sought by Intervening Plaintiffs Pleasant View Baptist Church, et. al.  Pursuant to FRCP 65, the Defendant, Governor Andrew Beshear, in his official capacity as Governor, and his officers, agents, servants, employees, and attorneys and those acting in concert with him, are hereby ENJOINED from enforcing Executive Order 2020-969 against the Intervening Plaintiffs, and against any other private religious school in the Commonwealth of Kentucky.  Bond is waived under FRCP 65(c).

IT IS SO ORDERED: