UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT

*Electronically Filed*

| | |
|---|---|
| DANVILLE CHRISTIAN ACADEMY, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 3:20-cv-00075-GFVT |
| ) | |
| ANDY BESHEAR, in his official capacity ) | |
| as GOVERNOR OF THE ) | |
| COMMONWEALTH OF KENTUCKY ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF APPEAL**

Governor Andy Beshear, in his official capacity, by and through counsel, hereby gives notice of appeal of the November 25, 2020, Opinion and Order of this Court (Doc. 35, Page ID##: 714-35) to the United States Court of Appeals for the Sixth Circuit.

Respectfully submitted,

/s/ Marc G. Farris
Amy D. Cubbage
General Counsel
S. Travis Mayo
Chief Deputy General Counsel
Marc G. Farris
Deputy General Counsel
Taylor Payne
Deputy General Counsel
Office of the Governor
700 Capitol Building, Suite 106
Frankfort, Kentucky 40601
Phone: 502-564-2611
Amy.Cubbage@ky.gov
Travis.Mayo@ky.gov
Marc.Farris@ky.gov
Taylor.Payne@ky.gov

*Counsel for the Governor*

## CERTIFICATE OF SERVICE

    I hereby certify that on November 25, 2020 the foregoing Notice of Appeal was electronically filed with the Clerk of this Court and served to counsel of record via the Court's CM/ECF system. Parties may access the filing through the court's CM/ECF system.

                                             /s/ Marc G. Farris
                                             *Counsel for the Governor*